# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

Clifford W. Taylor,
Chief Justice

135090
& (3)
(4)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
       Petitioner-Appellee,

v

CARL M. WEIDEMAN, III,
       Respondent-Appellant.

SC: 135090
ADB No.: 05-79-GA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay is DENIED. The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

_____
Clerk